IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALLEN BLANCH (#2014-1126150), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15 C 11480 |
| ) | |
| COOK COUNTY CERMAK ) | |
| HEALTH SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This Court's February 17, 2016 memorandum order ("Order") gave pro se plaintiff Allen Blanch ("Blanch") "one more chance" to provide a properly completed Motion for Attorney Representation ("Motion") -- Blanch had inexplicably failed to do so in his earlier filings in this pro se lawsuit. Then on March 3 the Clerk's Office received a revised Motion from Blanch (the copy of the Order sent to him had been accompanied by several new copies of the Motion form to enable him to do so). That new submission complied with the requirements established by our Court of Appeals for favorable consideration of any such Motion.

Accordingly this Court has obtained the name of the following member of the District Court trial bar who is designated to represent Blanch in pursuing this action:

> Stuart J. Stein, Esq.
> Stein and Rotman
> 77 West Washington Street
> Suite 1105
> Chicago, Illinois 60602
> 312-236-5375
> Email: sstein@steinrotman.com.

To enable this action to go forward, this Court is contemporaneously issuing an initial scheduling order so that the designated counsel can confer with Blanch and, among other things, can determine whether to stay with Blanch's self-prepared Complaint or to file an amended Complaint (counsel is also expected to cause process to be served on defendants to facilitate the case's moving forward).

                                                Milton I. Shadur
                                                Senior United States District Judge

Date:  March 10, 2016